BENJAMIN L. CONDE, as Administrator, etc., Respondent, *v.* HIRAM WILTSIE, as Surviving Executor, etc., Appellant.

(Argued February 29, 1892; decided March 15, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made December 28, 1891, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*Nathaniel C. Moak* for appellant.

*T. J. Van Alstyne* for respondent.

Agree to affirm; no opinion.

All concur, except PECKHAM and MAYNARD, JJ., dissenting.

Judgment affirmed.

---

MEYER ROSENSTOCK et al., Respondents, *v.* JOHN HEGARTY, Appellant.

(Submitted March 1, 1892; decided March 15, 1892.)

APPEAL from judgment of the General Term of the City Court of Brooklyn, entered upon an order made January 27, 1891, which affirmed a judgment in favor of plaintiffs entered upon the report of a referee.

*Geo. F. Alexander* for appellant.

*Martin Flanigan* for respondents.

Agree to affirm; no opinion.

All concur.

Judgment affirmed.